# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| TIMOTHY FARKAS, | ) |
| | ) |
| Plaintiff, | ) No. 4:17-CV-761 RLW |
| | ) |
| v. | ) |
| | ) |
| ADDITION MANUFACTURING | ) |
| TECHNOLOGIES f/k/a MCKEE-ADDISION | ) |
| TUBE FORMING, INC. and | ) |
| AM INDUSTRIAL GROUP, LLC, | ) |
| | ) |
| Defendants. | ) |

## **MEMORANDUM AND ORDER**

On December 7, 2018, this Court granted summary judgment in favor of Defendant Addition Manufacturing ("Addition") and against Plaintiff Timothy Farkas ("Farkas"). (ECF Nos. 113-14). Addition filed its Bill of Costs on December 13, 2018. (ECF No. 116). Addition sought costs in the amount of $6,849.86. Farkas filed an objection to the Bill of Costs, seeking a reduction to Addition's Bill of Costs by $1,309.62 to a total of $5,540.24. (ECF No. 119). On January 6, 2019, Farkas filed his Notice of Appeal to the Court of Appeals of the United States for the Eighth Circuit ("Eighth Circuit"). (ECF No. 121). On March 11, 2020, the Eighth Circuit affirmed the decision of this Court. (ECF No. 126-27). On April 1, 2020, the Eighth Circuit issued its mandate. (ECF No. 128). On April 13, 2020, the Eighth Circuit awarded Addition its costs on appeal in the amount of $130.80. (ECF No. 129). On April 17, 2020, Addition filed its supplement to its Bill of Costs, whereby Addition agreed to reduce its costs to $5,540.24. (ECF No. 130). On April 20, 2020, Farkas stipulated to pay Addition costs in the total amount of $5,671.04, which included the

- 2 -

district court costs agreed to by Addition of $5,540.24 (ECF No. 130), and the costs incurred on appeal in the amount of $130.80 (EF No. 129).

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Bill of Costs (ECF No. 116) is **GRANTED,** in part, and **DENIED**, in part.

**IT IS FURTHER ORDERED** that costs are taxed against Plaintiff Timothy Farkas in the amount of **$5,671.04**.

Dated this 22st day of April, 2020.

*/s/ Ronnie L. White*
**RONNIE L. WHITE**
**UNITED STATES DISTRICT JUDGE**